**EXHIBIT 12**



## 2010 NLJ Billing Survey

Copyright © 2010, ALM Media Properties, LLC., All Rights Reserved

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Adams and Reese | New Orleans | $265 | $550 | $250 | $344 | $290 | $195 | $229 |
| 2010 | Akerman Senterfitt | Miami | | | | | | | |
| 2010 | Akin Gump Strauss Hauer & Feld | Washington | | | | | | | |
| 2010 | Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles | | | | | | | |
| 2010 | Alston & Bird | Atlanta | $515 | $865 | $450 | $627 | $590 | $270 | $405 |
| 2010 | Andrews Kurth | Houston | | | | | | | |
| 2010 | Archer & Greiner | Haddonfield, NJ | | $560 | $305 | | $340 | $175 | |
| 2010 | Arent Fox | Washington | | $765 | $400 | | $475 | $240 | |
| 2010 | Armstrong Teasdale | St. Louis | | $475 | $300 | | $325 | $200 | |
| 2010 | Arnold & Porter | Washington | | | | | | | |
| 2010 | Baker & Daniels | Indianapolis | | | | | | | |
| 2010 | Baker & Hostetler | Cleveland | | | | | | | |
| 2010 | Baker Botts L.L.P. | Houston | | | | | | | |
| 2010 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, TN | $312 | $595 | $255 | $357 | $320 | $165 | $231 |
| 2010 | Ballard Spahr | Philadelphia | | | | | | | |
| 2010 | Barnes & Thornburg | Indianapolis | $367 | $613 | $298 | $416 | $355 | $225 | $261 |
| 2010 | Bass, Berry & Sims | Nashville, TN | | | | | | | |
| 2010 | Benesch, Friedlander, Coplan & Aronoff | Cleveland | $315 | $575 | $350 | $335 | $360 | $195 | $245 |
| 2010 | Best Best & Krieger | Riverside, Calif. | | $550 | $310 | | $395 | $225 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Bingham McCutchen | Boston | | | | | | | |
| 2010 | Blank Rome | Philadelphia | $510 | $855 | $440 | $615 | $550 | $250 | $361 |
| 2010 | Bond, Schoeneck & King | Syracuse, NY | $260 | $475 | $220 | $309 | $280 | $160 | $208 |
| 2010 | Briggs and Morgan | Minneapolis | $373 | $600 | $290 | $437 | $315 | $210 | $240 |
| 2010 | Brinks Hofer Gilson & Lione | Chicago | $435 | $725 | $345 | $541 | $420 | $195 | $308 |
| 2010 | Broad and Cassel | Orlando, Fl | $307 | $475 | $260 | $372 | $350 | $175 | $242 |
| 2010 | Brown Rudnick | Boston | | | | | | | |
| 2010 | Brownstein Hyatt Farber Schreck | Denver | $391 | $810 | $295 | $463 | $360 | $200 | $256 |
| 2010 | Bryan Cave | St. Louis | $464 | $790 | $370 | $553 | $550 | $185 | $344 |
| 2010 | Buchalter Nemer | Los Angeles | $415 | $625 | $270 | $490 | $450 | $195 | $328 |
| 2010 | Buchanan Ingersoll & Rooney | Pittsburgh | | $900 | $310 | | $465 | $210 | |
| 2010 | Burr & Forman | Birmingham, AL | $328 | $500 | $210 | $361 | $335 | $200 | $250 |
| 2010 | Butzel Long | Detroit | | $750 | $300 | | $375 | $200 | |
| 2010 | Cadwalader, Wickersham & Taft LLP | New York | | | | | | | |
| 2010 | Cahill Gordon Reindel LLP | New York | | | | | | | |
| 2010 | Carlton Fields | Tampa, FL | $388 | $775 | $325 | $465 | $375 | $195 | $263 |
| 2010 | Chadbourne & Parke | New York | $456 | $995 | $390 | $769 | $625 | $110 | $442 |
| 2010 | Chapman and Cutler | Chicago | | | | | | | |
| 2010 | Clark Hill | Detroit | | | | | | | |
| 2010 | Cooley | Palo Alto, CA | | | | | | | |
| 2010 | Covington & Burling | Washington | | | | | | | |
| 2010 | Cozen O'Connor | Philadelphia | $422 | $880 | $310 | $497 | $585 | $225 | $326 |
| 2010 | Crowell & Moring | Washington | | | | | | | |
| 2010 | Curtis, Mallet-Prevost, Colt & Mosle | New York | $489 | $785 | $675 | $669 | $575 | $290 | $365 |
| 2010 | Davis Wright Tremaine | Seattle | $355 | $795 | $320 | $486 | $435 | $210 | $304 |
| 2010 | Day Pitney | Florham Park, NJ | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Dewey & Leboeuf LLP | New York | | | | | | | |
| 2010 | Dickinson Wright | Detroit | | $575 | $355 | | $275 | $195 | |
| 2010 | Dickstein Shapiro | Washington | $546 | $950 | $525 | $656 | $530 | $265 | $426 |
| 2010 | Dinsmore & Shohl | Cincinnati | $302 | $590 | $220 | $360 | $300 | $175 | $222 |
| 2010 | DLA Piper | Chicago | | | | | | | |
| 2010 | Dorsey & Whitney | Minneapolis | $410 | $795 | $290 | $515 | $440 | $180 | $285 |
| 2010 | Duane Morris | Philadelphia | $483 | $850 | $240 | $550 | $480 | $135 | $349 |
| 2010 | Dykema Gossett | Detroit | $445 | $635 | $360 | $495 | $450 | $225 | $325 |
| 2010 | Eckert Seamans Cherin & Mellott | Pittsburgh | | $625 | $250 | | $320 | $150 | |
| 2010 | Edwards Angell Palmer & Dodge | Boston | $451 | $780 | $345 | $571 | $610 | $200 | $323 |
| 2010 | Epstein Becker & Green | New York | $429 | $850 | $350 | $520 | $450 | $180 | $325 |
| 2010 | Faegre & Benson LLP | Minneapolis | | | | | | | |
| 2010 | Finnegan, Henderson, Farabow, Garrett & Dunner | Washington | | | | | | | |
| 2010 | Fish & Richardson | Boston | | | | | | | |
| 2010 | Fisher & Phillips | Atlanta | | $505 | $340 | | $360 | $220 | |
| 2010 | Fitzpatrick, Cella, Harper & Scinto | New York | | $730 | $460 | | $440 | $275 | |
| 2010 | Foley & Lardner | Milwaukee | $554 | $1,035 | | $554 | | $255 | $426 |
| 2010 | Foley Hoag | Boston | | | | | | | |
| 2010 | Ford & Harrison | Atlanta | | $620 | $375 | | $390 | $250 | |
| 2010 | Fowler White Boggs | Tampa, FL | $350 | $575 | $325 | $400 | $315 | $205 | $250 |
| 2010 | Fox Rothschild | Philadelphia | $407 | $690 | $315 | $473 | $475 | $235 | $298 |
| 2010 | Frost Brown Todd | Cincinnati | $279 | $515 | $200 | $326 | $250 | $150 | $189 |
| 2010 | Fulbright & Jaworski | Houston | | | | | | | |
| 2010 | Gardere Wynne Sewell | Dallas | $445 | $815 | $380 | $531 | $445 | $195 | $311 |
| 2010 | Gibbons | Newark, NJ | $404 | $790 | $390 | $479 | $450 | $250 | $289 |
| 2010 | Gibson, Dunn & Crutcher LLP | Los Angeles | | | | | | | |
| 2010 | Godfrey & Kahn | Milwaukee | | $495 | $325 | | $340 | $180 | |
| 2010 | Goodwin Procter | Boston | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Gordon & Rees | San Francisco, CA | | | | | | | |
| 2010 | GrayRobinson | Orlando, FL | | $750 | $225 | | $315 | $150 | |
| 2010 | Greenberg Traurig | New York | $453 | $875 | $355 | $550 | $610 | $200 | $332 |
| 2010 | Harris Beach | Rochester, NY | | $500 | $275 | | $250 | $140 | |
| 2010 | Haynes and Boone | Dallas | | | | | | | |
| 2010 | Hinshaw & Culbertson | Chicago | | | | | | | |
| 2010 | Hiscock & Barclay | Syracuse, NY | $311 | $650 | $195 | $348 | $440 | $150 | $234 |
| 2010 | Hodgson Russ | Buffalo, NY | $328 | $665 | $230 | $374 | $410 | $175 | $238 |
| 2010 | Hogan Lovells | Washington | | | | | | | |
| 2010 | Holland & Hart LLP | Washington | | | | | | | |
| 2010 | Holland & Knight | Washington | $418 | $850 | $300 | $499 | $480 | $185 | $288 |
| 2010 | Holme Roberts & Owen | Denver | $355 | $635 | $285 | $415 | $530 | $170 | $295 |
| 2010 | Honigman Miller Schwartz and Cohn | Detroit | | | | | | | |
| 2010 | Hughes Hubbard & Reed LLP | New York | | | | | | | |
| 2010 | Hunton & Williams | Richmond, VA | | | | | | | |
| 2010 | Husch Blackwell | St. Louis | $329 | $804 | $230 | $357 | $415 | $171 | $220 |
| 2010 | Ice Miller LLP | Indianapolis | | | | | | | |
| 2010 | Irell & Manella | Los Angeles | | | | | | | |
| 2010 | Jackson Kelly | Charleston, WV | | $495 | $245 | | $275 | $155 | |
| 2010 | Jackson Lewis | White Plains, NY | $364 | $715 | $260 | $428 | $440 | $150 | $282 |
| 2010 | Jones Day | Washington | | | | | | | |
| 2010 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | New Orleans | | $620 | $195 | | $275 | $140 | |
| 2010 | K&L Gates | Pittsburgh | | | | | | | |
| 2010 | Kelley Drye & Warren | New York | | $900 | $465 | | $565 | $275 | |
| 2010 | Kenyon & Kenyon LLP | New York | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Kilpatrick Stockton | Atlanta | $425 | $730 | $375 | $527 | $465 | $225 | $320 |
| 2010 | Kirkland & Ellis | Chicago | | | | | | | |
| 2010 | Knobbe, Martens, Olson & Bear | Irvine, CA | $432 | $710 | $395 | $511 | $450 | $285 | $332 |
| 2010 | Kramer Levin Naftalis & Frankel | New York | | | | | | | |
| 2010 | Lane Powell | Seattle | $349 | $600 | $310 | $431 | $350 | $230 | $278 |
| 2010 | Lathrop & Gage | Kansas City | | $490 | $255 | | $265 | $180 | |
| 2010 | LeClairRyan, Professional Corporation | Richmond, VA | | | | | | | |
| 2010 | Leonard, Street and Deinard | Minneapolis | | | | | | | |
| 2010 | Lewis and Roca | Phoenix, AZ | | | | | | | |
| 2010 | Lewis Brisbois Bisgaard & Smith | Los Angeles | | | | | | | |
| 2010 | Lewis, Rice & Fingersh | St. Louis | | $460 | $260 | | $315 | $150 | |
| 2010 | Lindquist & Vennum | Minneapolis | $330 | $650 | $290 | $415 | $480 | $210 | $235 |
| 2010 | Littler Mendelson | San Francisco | $372 | | | $445 | | | $296 |
| 2010 | Locke Lord Bissell & Liddell | Dallas | $486 | $1,120 | $400 | $599 | $525 | $215 | $320 |
| 2010 | Loeb & Loeb | New York | | $975 | $475 | | $575 | $275 | |
| 2010 | Lowenstein Sandler | Roseland, NJ | | $825 | $440 | | $575 | $235 | |
| 2010 | Luce, Forward, Hamilton & Scripps | San Diego | | $670 | $350 | | $445 | $245 | |
| 2010 | Manatt, Phelps & Phillips | Los Angeles | $568 | $850 | $525 | $651 | $525 | $200 | $405 |
| 2010 | Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | | $410 | $145 | | $320 | $130 | |
| 2010 | Maynard, Cooper & Gale | Birmingham, AL | | $600 | $325 | | $295 | $235 | |
| 2010 | McAndrews, Held & Malloy | Chicago | | $675 | $260 | | $350 | $225 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | McCarter & English | Newark, NJ | $355 | $825 | $360 | $498 | $405 | $215 | $313 |
| 2010 | McElroy, Deutsch, Mulvaney & Carpenter | Morristown, NJ | $210 | $550 | $295 | $280 | $275 | $150 | $190 |
| 2010 | McGuireWoods | Richmond, Va. | $455 | $830 | $325 | $543 | $600 | $220 | $355 |
| 2010 | McKenna Long & Aldridge | Atlanta | $455 | $775 | $375 | $540 | $490 | $220 | $366 |
| 2010 | Michael Best & Friedrich | Milwaukee | $346 | $650 | $235 | $400 | $320 | $190 | $239 |
| 2010 | Miles & Stockbridge | Baltimore | | $695 | $325 | | $370 | $220 | |
| 2010 | Miller & Martin | Chattanooga, TN | $328 | $610 | $235 | $361 | $275 | $180 | $218 |
| 2010 | Miller, Canfield, Paddock and Stone | Detroit | | | | | | | |
| 2010 | Montgomery, McCracken, Walker & Rhoads | Philadelphia | | $625 | $380 | $461 | $395 | $205 | $284 |
| 2010 | Moore & Van Allen | Charlotte N.C. | $364 | $785 | $265 | $441 | $350 | $180 | $257 |
| 2010 | Morgan, Lewis & Bockius | Philadelphia | | | | | | | |
| 2010 | Morris, Manning & Martin | Atlanta | $424 | $760 | $425 | $492 | $545 | $225 | $353 |
| 2010 | Morrison & Foerster | San Francisco, CA | | | | | | | |
| 2010 | Munger, Tolles & Olson | Los Angeles | | | | | | | |
| 2010 | Neal, Gerber & Eisenberg | Chicago | | | | | | | |
| 2010 | Nelson Mullins Riley & Scarborough | Columbia, SC | $347 | $850 | $245 | $399 | $335 | $185 | $248 |
| 2010 | Nexsen Pruet | Columbia, SC | | $525 | $230 | | $250 | $160 | |
| 2010 | Nixon Peabody | New York | $429 | $905 | $375 | $613 | $580 | $195 | $380 |
| 2010 | O'Melveny & Myers | Los Angeles | | | | | | | |
| 2010 | Ogletree, Deakins, Nash, Smoak & Stewart | Greenville, S.C. | $351 | $575 | $300 | $389 | $390 | $195 | $285 |

Case4:94-cv-02307-CW   Document1850-1   Filed03/04/11   Page26 of 28

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Orrick, Herrington & Sutcliffe | San Francisco, CA | | | | | | | |
| 2010 | Parker Poe Adams & Bernstein LLP | Charlotte, N.C. | | | | | | | |
| 2010 | Patton Boggs | Washington | $482 | $990 | $355 | $645 | $550 | $215 | $399 |
| 2010 | Paul, Hastings, Janofsky & Walker | New York | | | | | | | |
| 2010 | Paul, Weiss, Rifkind Wharton & Garrison LLP | New York | | | | | | | |
| 2010 | Pepper Hamilton | Philadelphia | $326 | $825 | $420 | $547 | $465 | $230 | $329 |
| 2010 | Perkins Coie | Seattle | $447 | $625 | $275 | $534 | $570 | $200 | $354 |
| 2010 | Phelps Dunbar | New Orleans | $226 | $385 | $180 | $272 | $240 | $145 | $183 |
| 2010 | Phillips Lytle | Buffalo, NY | $255 | $535 | $260 | $352 | $450 | $150 | $283 |
| 2010 | Pillsbury Winthrop Shaw Pittman | New York | | | | | | | |
| 2010 | Polsinelli Shughart | Kansas City, MO | | $600 | $250 | | $325 | $185 | |
| 2010 | Quarles & Brady | Milwaukee | $364 | $660 | $290 | $438 | $400 | $210 | $260 |
| 2010 | Reed Smith | Pittsburgh | | | | | | | |
| 2010 | Rainhart Boerner Van Deuren | Milwaukee | | | | | | | |
| 2010 | Roetzel & Andress | Akron, OH | $317 | $525 | $225 | $357 | $325 | $165 | $243 |
| 2010 | Rutan & Tucker | Costa Mesa, CA | | $650 | $355 | | $450 | $225 | |
| 2010 | Saul Ewing | Philadelphia | $412 | $800 | $320 | $491 | $475 | $225 | $310 |
| 2010 | Schiff Hardin LLP | Chicago | | | | | | | |
| 2010 | Schnader Harrison Segal & Lewis | Philadelphia | | | | | | | |
| 2010 | Schulte Roth & Zabel | New York | | $895 | $735 | | $690 | $275 | |
| 2010 | Schwabe, Williamson & Wyatt | Portland, OR | $350 | $540 | $310 | $415 | $450 | $200 | $260 |
| 2010 | Sedgwick, Detert, Moran & Arnold | San Francisco | | | | | | | |
| 2010 | Seyfarth Shaw | Chicago | $377 | $770 | $335 | $505 | $535 | $185 | $325 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Sheppard Mullin | Los Angeles | | $820 | $495 | | $620 | $270 | |
| 2010 | Sherman & Howard | New York | | | | | | | |
| 2010 | Shook, Hardy & Bacon | Kansas City, MO | | | | | | | |
| 2010 | Shumaker, Loop & Kendrick | Toledo, OH | $331 | $540 | $250 | $366 | $315 | $185 | $246 |
| 2010 | Skadden, Arps, Slate, Meagher & Flom | New York | | | | | | | |
| 2010 | Smith, Gambrell & Russell | Atlanta | | $740 | $325 | | $440 | $195 | |
| 2010 | Snell & Wilmer | Phoenix | $338 | $795 | $315 | $486 | $550 | $175 | $282 |
| 2010 | Squire, Sanders & Dempsey | Cleveland | | | | | | | |
| 2010 | Steptoe & Johnson LLP | Washington | | | | | | | |
| 2010 | Stevens & Lee | Reading, PA | | | | | | | |
| 2010 | Stinson Morrison Hecker | Kansas City, MO | | | | | | | |
| 2010 | Stites & Harbison | Louisville, KY | | | | | | | |
| 2010 | Stoel Rives | Portland, OR | $381 | $600 | $315 | $441 | $390 | $190 | $270 |
| 2010 | Strasburger & Price | Dallas | $336 | $617 | $250 | $372 | $306 | $194 | $243 |
| 2010 | Sullivan & Worcester | Boston | $537 | $830 | $475 | $647 | $535 | $290 | $383 |
| 2010 | Sutherland Asbill & Brennan | Atlanta | | | | | | | |
| 2010 | Taft, Stettinius & Hollister | Cincinnati | $315 | $500 | $220 | $358 | $365 | $165 | $227 |
| 2010 | Thompson & Knight | Dallas | | $825 | $410 | | $440 | $265 | |
| 2010 | Thompson Coburn | St. Louis | | $610 | $300 | | $395 | $190 | |
| 2010 | Townsend and Townsend and Crew | San Francisco, CA | $320 | $750 | $470 | $563 | $460 | $260 | $345 |
| 2010 | Troutman Sanders | Atlanta | | | | | | | |
| 2010 | Ulmer & Berne | Cleveland | | $565 | $260 | | $375 | $185 | |
| 2010 | Vedder Price | Chicago | $425 | $720 | $370 | $483 | $365 | $255 | $326 |
| 2010 | Venable | Washington | $484 | $950 | $445 | $590 | $500 | $280 | $353 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Vorys, Sater, Seymour and Pease | Columbus, OH | | | | | | | |
| 2010 | Wachtell, Lipton, Rosen & Katz | New York | | | | | | | |
| 2010 | Weil, Gotshal & Manges LLP | New York | | | | | | | |
| 2010 | White and Williams | Philadelphia | | | | | | | |
| 2010 | Wildman, Harrold, Allen & Dixon LLP | Chicago | | | | | | | |
| 2010 | Wiley Rein | Washington | | | | | | | |
| 2010 | Williams Mullen | Richmond, Va. | $368 | $645 | $315 | $428 | $370 | $230 | $279 |
| 2010 | Willkie Farr & Gallagher LLP | New York | | | | | | | |
| 2010 | Wilmer Cutler Pickering Hale and Dorr | Washington | | | | | | | |
| 2010 | Winstead | Dallas | $395 | $655 | $340 | $462 | $390 | $215 | $291 |
| 2010 | Winston & Strawn | Chicago | $486 | $1,075 | $475 | $670 | $610 | $250 | $393 |
| 2010 | Womble Carlyle Sandridge & Rice | Winston Salem, NC | $372 | $625 | $300 | $461 | $445 | $210 | $291 |
| 2010 | Wyatt, Tarrant & Combs | Louisville, KY | | $500 | $245 | | $285 | $180 | |

Case4:94-cv-02307-CW   Document1850-2   Filed03/04/11   Page 2 of 37



## 2010 NLJ Associate Class Billing Survey

Copyright © 2009, ALM Media Properties, LLC, All Rights Reserved

| Fiscal Year | Firm Name | 1st year | 2nd year | 3rd year | 4th year | Associate Class 5th year | 6th year | 7th year | 8th year |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Alston & Bird | $270 - $345 | $330 - $395 | $365 - $440 | $395 - $470 | $420 - $515 | $445 - $550 | $470 - $570 | |
| 2010 | Benesch, Friedlander, Coplan | $195 | $200 | $215 | $230 | $240 | $250 | $275 | |
| 2010 | Blank Rome | $250 - $275 | $260 - $290 | $280 - $305 | $325 - $360 | $345 - $400 | $370 - $435 | $390 - $460 | $410 - $480 |
| 2010 | Brinks Hofer Gilson & Lione | $240 | $265 | $285 | $310 | $340 | $365 | $390 | $410 |
| 2010 | Brownstein Hyatt Farber Schreck | $200 | | | | | | | |
| 2010 | Bryan Cave | $185 - $300 | $215 - $350 | $250 - $385 | $275 - $395 | $300 - $420 | $275 - $460 | $330 - $480 | $340 - $510 |
| 2010 | Curtis, Mallet-Prevost, Colt & | $290 | $335 | $375 | $415 | $455 | $495 | $535 | $575 |
| 2010 | Davis Wright Tremaine | $190 - $285 | $205 - $295 | $225 - $325 | $235 - $345 | $245 - $365 | $265 - $380 | $285 - $405 | $295 - $415 |
| 2010 | Dickinson Wright | $190 | $195 | $205 | $220 | $230 | $240 | $250 | |
| 2010 | Dickstein Shapiro | $265 - $290 | $325 - $375 | $375 - $425 | $375 - $425 | $425 - $475 | $425 - $475 | $475 - $530 | $475 - $530 |
| 2010 | Dinsmore & Shohl | $180 | $190 | $205 | $220 | $230 | $240 | $250 | 260 |
| 2010 | Edwards Angell Palmer & Dodge | 255 | 275 | | | | | | |
| 2010 | Fitzpatrick, Cella, Harper & Scinto | $275 | $300 | $325 | $350 | $370 | $385 | $405 | $420 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Frost Brown Todd | $150 | | | | | | | |
| 2010 | Gardere Wynne Sewell | 195 | 210 | 260 | 280 | 300 | 315 | 355 | 385 |
| 2010 | Harris Beach | $155 | $170 | $200 | $230 | $230 | $230 | $250 | $250 |
| 2010 | Hiscock & Barclay | $150 - $340 | $150-340 | $165 - $360 | $165 - $360 | $165 - $360 | $175 - $380 | $175 - $380 | $185 - $440 |
| 2010 | Kelley Drye & Warren | $305 | $340 | $370 | $410 | $435 | $455 | $485 | 510 |
| 2010 | Kilpatrick Stockton | 250 | 275 | 310 | 325 | 335 | 360 | 375 | 385 |
| 2010 | Knobbe Martens Olson & Bear | $285 | $310 | $335 | $360 | $385 | | | |
| 2010 | Lindquist & Vennum | $200 | $210 | 225 | 235 | 245 | 260 | 265 | 290 |
| 2010 | Locke Lord Bissell & Liddell | $215 | $230 | $253 | $270 | $300 | $321 | $349 | $386 |
| 2010 | Loeb & Loeb | $350 - $375 | | | | | | | |
| 2010 | Maynard, Cooper & Gale | $235 | $235 | $245 | $255 | $270 | $280 | $295 | |
| 2010 | McElroy, Deutsch, Mulvaney & | $150 | $175 | $185 | $195 | $200 | $205 | $210 | $220 |
| 2010 | McKenna Long & Aldridge | 279 | 312 | 325 | 346 | 363 | 361 | 382 | 415 |
| 2010 | Montgomery, McCracken, Walker | $205 | $215 | $235 | $255 | $275 | $295 | $315 | $335 |
| 2010 | Morris, Manning & Martin | $200 | $265 | $310 | $340 | $365 | $390 | $415 | $425 |

| | Firm Name | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Associate Class | | | | |
| 2010 | Frost Brown Todd | $150 | | | | | | | |
| 2010 | Gardere Wynne Sewell | 195 | 210 | 260 | 280 | 300 | 315 | 355 | 385 |
| 2010 | Harris Beach | $155 | $170 | $200 | $230 | $230 | $230 | $250 | $250 |
| 2010 | Hiscock & Barclay | $150 - $340 | $150-340 | $165 - $360 | $165 - $360 | $165 - $360 | $175 - $380 | $175 - $380 | $185 - $440 |
| 2010 | Kelley Drye & Warren | $305 | $340 | $370 | $410 | $435 | $455 | $485 | 510 |
| 2010 | Kilpatrick Stockton | 250 | 275 | 310 | 325 | 335 | 360 | 375 | 385 |
| 2010 | Knobbe Martens Olson & Bear | $285 | $310 | $335 | $360 | $385 | | | |
| 2010 | Lindquist & Vennum | $200 | $210 | 225 | 235 | 245 | 260 | 265 | 290 |
| 2010 | Locke Lord Bissell & Liddell | $215 | $230 | $253 | $270 | $300 | $321 | $349 | $386 |
| 2010 | Loeb & Loeb | $350 - $375 | | | | | | | |
| 2010 | Maynard, Cooper & Gale | $235 | $235 | $245 | $255 | $270 | $280 | $295 | |
| 2010 | McElroy, Deutsch, Mulvaney & | $150 | $175 | $185 | $195 | $200 | $205 | $210 | $220 |
| 2010 | McKenna Long & Aldridge | 279 | 312 | 325 | 346 | 363 | 381 | 382 | 415 |
| 2010 | Montgomery, McCracken, Walker | $205 | $215 | $235 | $255 | $275 | $295 | $315 | $235 |
| 2010 | Morris, Manning & Martin | $200 | $265 | $310 | $340 | $365 | $390 | $415 | $425 |

| Fiscal Year | Firm Name | 1st year | 2nd year | 3rd year | 4th year | Associate Class 5th year | 6th year | 7th year | 8th year |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Patton Boggs | $290 | $315 | $340 | $370 | $400 | $425 | $450 | $480 |
| 2010 | Pepper Hamilton | $230 | $275 | $300 | $330 | $355 | $370 | $385 | $395 |
| 2010 | Perkins Coie | 272 | 290 | 306 | 337 | 345 | 372 | 391 | 436 |
| 2010 | Phillips Lytle | $160 | $170 | $190 | $195 | $210 | $225 | $220 | 235 |
| 2010 | Quarles & Brady | $210 - $235 | $220 - $240 | | | | | | |
| 2010 | Saul Ewing | $225 - $235 | $230 - $260 | $255 - $275 | $240 - $315 | $260 - $285 | $285 - $300 | $295 - $425 | $275 - $320 |
| 2010 | Schulte Roth & Zabel | $375 | $445 | $495 | $540 | $560 | $580 | $605 | $625 |
| 2010 | Schwabe, Williamson & Wyatt | $200 | | | | | | | |
| 2010 | Sheppard, Mullin, Richter & Hampton | $270 - $335 | $330 - $430 | $365 - $475 | $395 - $510 | $420 - $540 | $445 - $565 | $470 - $595 | $490 - $620 |
| 2010 | Snell & Wilmer | $185 | $200 | $225 | $260 | $285 | $315 | $350 | $365 |
| 2010 | Strasburger & Price | $200 | $220 | $240 | $260 | $280 | $300 | $320 | $340 |
| 2010 | Sullivan & Worcester | $290 | $305 | $330 | $350 | $370 | $390 | $425 | |
| 2010 | Thompson & Knight | $265 | $300 | $330 | $365 | $385 | $405 | $425 | $440 |
| 2010 | Townsend and Townsend and Crew | 260 | 290 | 325 | 370 | 390 | 420 | 450 | 460 |
| 2010 | Vedder Price | 225 | 270 | 290 | 310 | 325 | 345 | 360 | 380 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Williams Mullen | $230 | $250 | $265 | $295 | $295 | $310 | $345 | $345 |
| 2010 | Winstead | $215 | 215 | 227 | 260 | 280 | 300 | 325 | 350 |
| 2010 | Winston & Strawn | $295 - $320 | $305 - $335 | $325 - $365 | $350 - $400 | $380 - $440 | $420 - $480 | $455 - $520 | $490 - $555 |