### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

DANIEL PULLER, on behalf of himself and all others similarly situated,

                              Plaintiff,

    v.

LEGENDS OWO, LLC,

                              Defendant.

Civil Action No.: 1:24-cv-00209-RA

Hon. Ronnie Abrams

### NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 7, 2025, at 1:00 PM, before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Plaintiff Daniel Puller ("Plaintiff"), by and through Class Counsel, will move and hereby does move for an order granting final approving the settlement in this action and entering final judgment in this case.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declaration of Philip L. Fraietta, and the Declaration of Cameron R. Azari, with annexed exhibits.

Dated: February 21, 2025

Respectfully submitted,

By:    */s/ Philip L. Fraietta*
        Philip L. Fraietta

**BURSOR & FISHER, P.A.**

1

Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Class Counsel*